MARY CIVINSKY, Appellant, v. GENE BUCK, as President of American Society of Composers, Authors and Publishers, an Unincorporated Association, Respondent, and SAUL H. BORNSTEIN, as Treasurer, etc., Defendant.— In an action to recover damages for personal injuries, order denying plaintiff's motion for a prefer-

ence affirmed, without costs. No opinion. Lazansky, P. J., Tompkins and Johnston, JJ., concur; Scudder and Davis, JJ., dissent and vote to reverse and grant the motion.